STATE, Plaintiff, vs. PECK, Defendant.

*January 10—April 18, 1941.*

For the plaintiff there was a brief by the *Attorney General* and *William A. Platz,* assistant attorney general, and oral argument by *Mr. Platz.*

For the defendant there was a brief by *Henry J. Lockney,* and oral argument by *J. K. Lowry,* both of Waukesha.

PER CURIAM. The questions certified for answer by the municipal court in this case involved the question whether sec. 101.40, Stats., was constitutional and valid. Mr. Justice FOWLER, Mr. Justice FRITZ, Mr. Justice FAIRCHILD, and Mr. Justice MARTIN are of the view that sec. 101.40 is unconstitutional and void. Mr. Chief Justice ROSENBERRY and Mr. Justice MARTIN are of the view that sec. 101.40 is unconstitutional and valid. Since prior to the preparation of a formal opinion in the matter it has come to the attention of the court that the legislature has repealed sec. 101.40, it is considered unnecessary and inadvisable to give an extended statement of the conflicting views of the court concerning the validity of this law.

Each question certified by the court is answered "No." The record is remanded to the municipal court.